# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC GREENE,<br><br>           Plaintiff,<br><br>    v.<br><br>D. PEELER, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:06-cv-01604-OWW-LJO P<br><br>ORDER FINDING PLAINTIFF INELIGIBLE TO SEEK LEAVE TO PROCEED IN FORMA PAUPERIS IN THIS ACTION, AND REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE IN FULL WITHIN THIRTY DAYS OR THIS ACTION WILL BE DISMISSED |

       Plaintiff Cedric Greene ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on November 7, 2006, but neither paid the $350.00 filing fee in full nor filed an application to proceed in forma pauperis.

       28 U.S.C. § 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." To date, plaintiff has filed thirty-five actions in the United States District Court for the Eastern District of California and, as of August 7, 2006, has had three actions dismissed for failure to state a claim upon which relief may be granted.[1] Thus, plaintiff is subject to 28 U.S.C. § 1915(g) and is precluded from proceeding in forma pauperis

---

[1] Greene v. Inmate Appeals Branch, 2:05-cv-01324-GEB-GGH P (dismissed for failure to state a claim on 05/05/2006); Greene v. North Kern State Prison, 1:05-cv-00742-OWW-LJO P (dismissed for failure to state a claim on 06/02/2006); and Greene v. Grannis, 1:06-cv-00659-OWW-SMS P (dismissed for failure to state a claim on 08/07/2006).

1

unless plaintiff is, at the time the complaint is filed, under imminent danger of serious physical injury.

The Court has reviewed plaintiff's complaint and finds that plaintiff has made no showing that he is under imminent danger of serious physical injury. Accordingly, plaintiff is ineligible to seek leave to proceed in forma pauperis in this action, and must submit the appropriate filing fee in order to proceed with this action.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff is ineligible to seek leave to proceed in forma pauperis in this action;

2. Within **thirty (30) days** from the date of service of this order, plaintiff shall pay the $350.00 filing fee in full; and

3. If plaintiff fails to pay the $350.00 filing fee in full within thirty days, this action will be dismissed, without prejudice.

IT IS SO ORDERED.

**Dated:** __December 10, 2006__          _____/s/ Oliver W. Wanger_____
emm0d6                                         UNITED STATES DISTRICT JUDGE