# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC GREENE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>D. PEELER, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-01604-OWW-LJO PC<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY THE FILING FEE IN FULL WITHIN THIRTY DAYS<br><br>(Doc. 4) |

　　　　Plaintiff Cedric Greene ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on November 7, 2006, but neither paid the $350.00 filing fee in full nor filed an application to proceed in forma pauperis.  On December 11, 2006, the Court issued an order finding plaintiff ineligible to seek leave to proceed in forma pauperis in this action, ordering plaintiff to pay the $350.00 filing fee in full within thirty days, and warning plaintiff that if he failed to pay the $350.00 filing fee in full within thirty days, this action would be dismissed without prejudice.  On December 21, 2006, plaintiff filed a response to the Court's order.

　　　　Plaintiff's arguments that the Court must allow this action to proceed and may not dismiss it for failure to pay the filing fee are without merit.  Plaintiff is not allowed to proceed with this action unless he pays the full filing fee. 28 U.S.C. § 1915(g).  Plaintiff has not paid the filing fee in full and concedes he is unable to do so at this time.

///

///

Accordingly, pursuant to 28 U.S.C. § 1915(g), this action is HEREBY ORDERED DISMISSED, without prejudice.

IT IS SO ORDERED.

**Dated:   January 29, 2007**            /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE